IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDY LEE JOHNSON, #202100008, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:22-CV-2397-D |
| JOHNSON COUNTY, | § § § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

December 22, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE